GERTRUDE E. VAIL, as Executrix of MARY E. AUWELL, Deceased, Appellant, *v.* CECILE J. WIDNER, Respondent, Impleaded with Another.

*Fraud — false representations — trust — action by mother to recover money deposited in name of her daughter in trust for herself.*

*Vail* v. *Widner*, 218 App. Div. 859, affirmed.

(Submitted October 21, 1927; decided November 22, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 17, 1926, reversing upon the law and the facts a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and granting a new trial. The action was brought by testatrix in her lifetime to recover money which she had deposited in a savings bank in the name of her daughter in trust for herself. The complaint alleged that testatrix was induced to make such deposit by fraudulent misrepresentations of the daughter.

*Hugo Hirsh, Emanuel Newman, Benjamin Reass* and *Sylvia Usefof* for appellant.

*Sol. S. Ostertag* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.